MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HARTLEY M. K. WEST (CABN 191609)
WADE M. RHYNE (CABN 216799)
Assistant United States Attorneys

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: hartley.west@usdoj.gov
           wade.rhyne@usdoj.gov

Attorneys for Plaintiff

FILED
APR - 8 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> TUSHAR TAMBE, ) <br> ) <br>     Defendant. ) <br> _____) | No. **4-11-70369** <br><br> APPLICATION FOR SEALING ORDER; <br> [PROPOSED] SEALING ORDER |

    The United States by and through its counsel Assistant United States Attorneys Hartley M. K. West and Wade M. Rhyne, hereby moves this Court for an order sealing the Complaint and Summons in this case, the accompanying affidavit of Jason Mackey, the government's application for a sealing order, the sealing order, and all other documents filed in this case until further order of this Court. Disclosure of these documents might jeopardize the progress of this ongoing investigation.

APPLICATION FOR SEALING ORDER;
[PROPOSED] SEALING ORDER

Document No.
District Court
Criminal Case Processing

| | |
|---|---|
| 1   DATED: April 8, 2011 | Respectfully submitted, |
| 2 | MELINDA HAAG<br>United States Attorney |

/s/ WM Ry

WADE M. RHYNE
HARTLEY M. K. WEST
Assistant United States Attorneys

Upon motion of the United States and good cause having been shown, IT IS HEREBY ORDERED that the Complaint and Summons in this case, the accompanying affidavit of Jason Mackey, the government's application for a sealing order, the sealing order, and all other documents filed in this case shall be filed under seal until further order of the Court.

IT IS SO ORDERED.

DATED: April 8, 2011

HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

APPLICATION FOR SEALING ORDER;
[PROPOSED] SEALING ORDER