UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION



FILED
APR 20 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States of America,                    )    Case No. CR-11-70369 MAG
                                             )
            Plaintiff,                       )    STIPULATED ORDER EXCLUDING TIME
     v.                                      )    UNDER THE SPEEDY TRIAL ACT
                                             )
TUSHAR TAMBE,                                )
                                             )
            Defendant.                       )

For the reasons stated by the parties on the record on APRIL 20, 2011, the Court excludes time under the Speedy Trial Act from APRIL 20, 2011 to MAY 19th, 2011 and finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factor(s):

____  Failure to grant a continuance would be likely to result in a miscarriage of justice.
      *See* 18 U.S.C. § 3161(h)(7)(B)(i).

____  The case is so unusual or so complex, due to [*check applicable reasons*] ____ the number of defendants, ____ the nature of the prosecution, or ____ the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

____  Failure to grant a continuance would deny the defendant reasonable time to obtain counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

__X__ Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given counsel's other scheduled case commitments, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

__X__ Failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER EXCLUDES TIME PURSUANT TO 18 USC § 3161(b), AND EXTENDS TIME PURSUANT TO RULE 5.1(c) AND BASED UPON THE PARTIES CONSENT.

**IT IS SO ORDERED.**

DATED: 4/20/11

_____
LAUREL BEELER
United States Magistrate Judge

STIPULATED:  _____    _____
             Attorney for Defendant       Assistant United States Attorney

Document No.
District Court
Criminal Case Processing