| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | HARTLEY M. K. WEST (CABN 191609)<br>Assistant United States Attorney |
| 5 | 450 Golden Gate Ave., Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7200<br>Fax: (415) 436-7234 |
| 7 | E-Mail: hartley.west@usdoj.gov |
| 8 | Attorneys for Plaintiff |

**FILED**

SEP - 7 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

　　　　Plaintiff,

　　v.

TUSHAR TAMBE,

　　　　Defendant.

No.  11-70369 MAG

[~~PROPOSED~~] ORDER EXCLUDING TIME FROM SEPTEMBER 2, 2011, TO OCTOBER 11, 2011, AND CONTINUING APPEARANCE FROM SEPTEMBER 9, 2011, TO OCTOBER 11, 2011

　　　　The defendant, TUSHAR TAMBE, and the government, represented by HARTLEY M. K. WEST, Assistant United States Attorney, appeared before the Court on September 2, 2011, for a status hearing. Defense counsel Kenneth McGuire was not present. The government represented that the parties were very close to being prepared for filing an Information, and requested a one-week continuance to September 9, 2011, for the government to effectively prepare. The matter was continued to September 9, 2011, at 9:30 a.m. for arraignment on an Information or to set further proceedings. McGuire has since advised government counsel that he is unavailable until October 11, 2011. Accordingly the parties jointly request that the matter be continued from September 9, 2011, to October 11, 2011, for arraignment on an Information and waiver of indictment.

ORDER EXCLUDING TIME
CR 11-70369 MAG

copy to Lashanda



Document No.

District Court
Criminal Case Processing

1 | and waiver of indictment.

2 | Based upon the representation of counsel and for good cause shown, the Court finds that
3 | failing to exclude the time between September 2, 2011, and October 11, 2011, would
4 | unreasonably deny defendant continuity of counsel and would unreasonably deny both counsel
5 | the reasonable time necessary for effective preparation, taking into account the exercise of due
6 | diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served
7 | by excluding the time between September 2, 2011, and October 11, 2011, from computation
8 | under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy
9 | trial. Therefore, IT IS HEREBY ORDERED that the time between September 2, 2011, and
10 | October 11, 2011, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C.
11 | § 3161(h)(7)(A) and (B)(iv), and under Federal Rule of Criminal Procedure 5.1.

14 DATED: 9/7/11

DONNA M. RYU
United States Magistrate Judge

17 APPROVED AS TO FORM:

KENNETH MCGUIRE
Counsel for Defendant,
Tushar Tambe

HARTLEY M. K. WEST
Assistant U.S. Attorney

ORDER EXCLUDING TIME
CR 11-70369 MAG -2-

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

U.S.A.,

          Plaintiff,

v.

TUSHAR TAMBE,

          Defendant.

Case Number: 4-11-70369-MAG

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 8, 2011, I SERVED a true and correct copy of the Order Excluding Time from September 2, 2011 to October 11, 2011, and Continuing Appearance from September 9, 2011 to October 11, 2011, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.

Hartley M.K. West
Assistant U.S. Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA  9402

Kenneth William McGuire
McGuire Law Firm
P.O. Box 246
Pt. Reyes, CA 94956

Dated: September 8, 2011

Richard W. Wieking, Clerk

By: Ivy Garcia, Deputy Clerk