AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
для for the
Northern District of California

FILED
OCT 11 2011
RICHARD W. WIEKING
CLERK
NORTHERN DISTRICT COURT
OAKLAND CALIFORNIA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. CR-11-0742 SBA |
| Tushar Tambe | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/11/11

_____
Defendant's signature

_____
Signature of defendant's attorney

Ken McGuire
_____
Printed name of defendant's attorney

_____
Judge's signature
**Laurel Beeler**
United States Magistrate **Judge**
Judge's printed name and title