GALIA A. PHILLIPS – CA BAR #250551
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (415) 269-4553
Facsimile: (510) 464-8001

Attorney for Defendant
ANJI DIRISANALA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VISHAL DASA,<br>RAMAKRISHNA REDDY KARRA<br>TUSHAR TAMBE<br>ANJI REDDY DIRISANALA,<br><br>Defendants. | Case No. 11-CR-742- (SBA)<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE TO MAY 1, 2012 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Hearing Date: May 1, 2012<br>Time: 10:00 am |

### I. STIPULATION

The above-captioned matter is set on May 1, 2012 before this Court for a status hearing. The parties jointly request that the Court continue the matter to July 3, 2012, at 10:00 a.m., before this Honorable Court, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, between May 1, 2012 and July 3, 2012, so that the defense can have additional time to review and assess the voluminous discovery in this case, including supplemental discovery that the government plans to produce.

On October 7, 2011, the United States Attorney filed a one-count Information charging

1  defendants with conspiracy to commit visa fraud in violation of 18 U.S.C. §§ 371 and 1546(a).
2  On October 11, 2011, the defendants appeared before the magistrate court, waived Indictment
3  and were arraigned. Defendants face a maximum sentence of five years imprisonment on this
4  charge.
5      By way of background, this case is related to a larger investigation involving Tri-Valley
6  University ("TVU"), which the government has alleged was a sham university that accepted
7  foreign students and issued legal status for these students without requiring that they attend
8  classes.  *See* Indictment in *United States v. Susan Su*, CR 11-00288-SBA.
9      The four defendants charged in this related case request additional time to review the
10 discovery that the government has already produced, which includes voluminous files from TVU
11 computers that the government seized and that the defendants need to review.  Additionally, the
12 defense has requested that the government produce additional discovery relating to the broader
13 investigation in this case, and the government has agreed to produce this discovery to defense
14 counsel and needs additional time to gather the information.
15     The parties stipulate and agree that the ends of justice served by this continuance
16 outweigh the best interest of the public and the defendants in a speedy trial.  The parties further
17 agree that the failure to grant this continuance would unreasonably deny counsel for defendants
18 the reasonable time necessary for effective preparation, taking into account the exercise of due
19 diligence, and deny continuity of counsel.  Accordingly, the parties agree that the period of time
20 from May 1, 2012 to July 3, 2012, should be excluded in accordance with the provisions of the
21 Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense
22 counsel and continuity of counsel, taking into account the exercise of due diligence.
23     It is so stipulated.

24 Dated:  April 26, 2012                    By: /s/
                                              ANGELA HANSEN
25                                            Attorney for Defendant
                                              VISHAL DASA
26

27 Dated:  April 26, 2012                    By: /s/
                                              GINNY WALIA
28                                            Attorney for Defendant

| | |
|---|---|
| 1 | RAMAKRISHNA REDDY KARRA |
| 2 | |
| 3  Dated: April 26, 2012 | By: /s/<br>KENNETH MCGUIRE |
| 4 | Attorney for Defendant<br>TUSHAR TAMBE |
| 5  Dated: April 26, 2012 | |
| 6 | |
| 7 | By: /s/<br>GALIA A. PHILLIPS |
| 8 | Attorney for Defendant<br>ANJI DIRISANALA |
| 9  Dated: April 26, 2012 | |
| 10 | |
| 11 | By: /s/<br>WADE RHYNE |
| 12 | HARTLEY WEST<br>Assistant United States Attorneys |

3
STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE
CASE NO. 11-cr 742 SBA

495929.01

## II.   ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that this case is related to a larger investigation involving Tri-Valley University and the Indictment in *United States v. Susan Su*, CR 11-00288-SBA, and that the government produced discovery to defendants that includes voluminous computer files from the University that the defense needs to review;

2. Given that the defense has requested additional discovery and that the government is working to produce this discovery to the defense;

3. Given that a complete review of the discovery is necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

4. Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendants in a speedy trial;

Based on these findings, IT IS HEREBY ORDERED that the STATUS date of May 1, 2012, scheduled at 10:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and reset for July 3, 2012, at 10:00 a.m.  It is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from May 1, 2012 to July 3, 2012.

IT IS SO ORDERED.

Dated:_____       _____
                                                                  SANDRA BROWN AMRSTRONG
                                                                  UNITED STATES DISTRICT JUDGE