| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 4 mins | | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | **DEPUTY CLERK** Ivy Lerma Garcia | **REPORTER/FTR** 11:01-11:05 | | |
| **MAGISTRATE JUDGE** DONNA M. RYU | **DATE** 7/12/12 | **NEW CASE** ☐ | **CASE NUMBER** CR-11-0742 SBA | |

### APPEARANCES

| DEFENDANTS RAMAKRISHNA REDDY KARRA / TUSHAR TAMBE | AGE | CUST NO / NO | P/NP P | ATTORNEY FOR DEFENDANTS GINNY HARJOT WALIA (Retained) KENNETH McGUIRE (Appt) | PD ☐ RET ☐ APPT ☐ |
|---|---|---|---|---|---|
| **U.S. ATTORNEYS** Wade Rhyne & Hartley West | **INTERPRETER** None | | **FIN. AFFT SUBMITTED** ☐ | **COUNSEL APPT'D** ☐ | |
| **PROBATION OFFICER** None | **PRETRIAL SERVICES OFFICER** Carol Mendoza | **DEF ELIGIBLE FOR APPT'D COUNSEL** ☐ | **PARTIAL PAYMENT OF CJA FEES** ☐ | | |

### PROCEEDINGS SCHEDULED TO OCCUR — BOTH DEFTS 2 mins.

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☒ STATUS HELD / ☐ TRIAL SET |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME |
|---|---|---|---|

**FILED JUL 12 2012**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| **PROPERTY TO BE POSTED** ☐ CASH $ | **CORPORATE SECURITY** ☐ | | **REAL PROPERTY:** ☐ | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED / ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

**ORDER REMOVED TO THE DISTRICT OF**

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE — BOTH DEFTS

| TO: 8/30/12 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT: 9:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☒ FURTHER STATUS |
| BEFORE HON. KANDIS A. WESTMORE | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 FROM 7/12/12 TO 8/30/12 FOR EFFECTIVE PREP. OF COUNSEL | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Case is rel. to a big Tri Valley case that's pending bef. Judge S.B. Armstrong & that big case is set for trial on 10/22/12 bef. Judge Armstrong. Substantial amt. of elec. discovery were provided by the gov't attys. to all defts' attys. and defts' attys. have been reviewing them. Court granted joint parties' request for continuance to give them more time to review the discovery, do more investigation & discuss a resolution of the case. cc: DMR's stats, Sue

**DOCUMENT NUMBER:**